**AYUDA, INC., et al.**

v.

**Janet RENO, individually and as Attorney General of the United States, et al., Appellants.**

**Nos. 88–5226, 90–5293 and 89–5301.**

United States Court of Appeals, District of Columbia Circuit.

Jan. 27, 1994.

Before: MIKVA, Chief Judge; WALD, EDWARDS, SILBERMAN, BUCKLEY, WILLIAMS, GINSBURG, SENTELLE, HENDERSON, and RANDOLPH, Circuit Judges.

### ORDER

PER CURIAM.

Appellees' Suggestion For Rehearing *In Banc* has been circulated to the full court. The taking of a vote was requested. Thereafter, a majority of the judges of the court in regular active service did not vote in favor of the suggestion. Upon consideration of the foregoing it is

**ORDERED,** by the Court *in banc*, that the suggestion is denied.

Chief Judge MIKVA and Circuit Judge WALD would grant the suggestion. A statement of Circuit Judge WALD is attached.

WALD, Circuit Judge, dissenting from the denial of the suggestion for rehearing *in banc:*

For reasons discussed in my dissent in *Ayuda, Inc. v. Reno,* 7 F.3d 246, 251–54 (D.C.Cir.1993), I would grant the suggestion for rehearing *in banc* to remand the case to the district court in order to determine whether there are undocumented aliens in the Masters' files eligible to pursue this five-year-old challenge to the INS amnesty regulations under the Supreme Court's criteria in *Reno v. Catholic Social Service, Inc.,* — U.S. ——, 113 S.Ct. 2485, 125 L.Ed.2d 38

(1993). This was the course followed by the Supreme Court itself in *Catholic Social Services* and by other courts of appeals on remand from the Supreme Court after *Catholic Social Services* was decided. *See Perales v. Thornburgh,* 4 F.3d 99 (2d Cir.1993); *League of United Latin American Citizens v. INS,* 999 F.2d 1362 (9th Cir.1993); *Catholic Social Services, Inc. v. Reno,* 996 F.2d 221, 222 (9th Cir.1993). The petitioners here tell us that eligible plaintiffs are in fact registered in the Masters' files, and I do not think we need or should ignore their plight.